IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SAMUEL B. SMITH,**<br><br>*Petitioner*,<br><br>v.<br><br>**PAMELA JO BONDI,** *et al.*,<br><br>*Respondents*. | Civil No.: 1:25-cv-03482-JRR |

**ORDER**

Pending before the court is Petitioner Samuel B. Smith's Petition for Writ of Habeas Corpus (ECF No. 1; the "Petition"), as well as Respondents' Response to Petition and Motion to Dismiss (ECF No. 11; the "Motion to Dismiss"). Petitioner filed no reply in support of the Petition or opposition to the Motion to Dismiss. The court convened a hearing on the Petition and Motion to Dismiss today, December 11, 2025. For the reasons set forth on the record in open court, it is this 11th day of December 2025:

**ORDERED** that the Petition (ECF No. 1) shall be, and is hereby, **DENIED**; and further it is

**ORDERED** that the Government's Motion to Dismiss (ECF No. 11) shall be, and is hereby, **GRANTED IN PART** with respect to Respondents Bondi and Edlow, and otherwise **DENIED as moot**; and further it is

**ORDERED** that the Petition shall be, and is hereby, **DISMISSED** as against Respondents Bondi and Edlow.

At the hearing, Petitioner orally sought leave to amend the Petition, which the court denied in part for the reasons set forth on the record; and otherwise held *sub curia* pending further briefing of the parties. It is therefore further

**ORDERED** that the parties shall confer and, within ten (10) days of entry of this order, propose a briefing schedule regarding whether Petitioner's status as a member of the class certified in *D.V.D. v. Dep't. of Homeland Security*, No. 25-10676-BEM (D. Mass. 2025), and the Supreme Court's subsequent stay (per the *Nken* factors) of the preliminary injunction entered in *D.V.D* by the District of Massachusetts, militates against this court considering an amended petition limited to an as-applied Fifth Amendment procedural due process claim regarding Respondents' alleged denial of Petitioner Smith's request to have counsel present on his behalf in his third country screening/interview conducted subsequent to his October 2025 re-detention.

If the court rules in Petitioner's favor on that issue, the court will invite the parties to submit a briefing schedule on an amended petition limited to that discrete issue.

/S/

_____
Julie R. Rubin
United States District Judge